# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In: ) | |
| Miranda L.J. Cooper, ) | |
| ) | |
| <u>Debtor,</u>                         ) | Case Number 19-09567 |
| Miranda L.J. Cooper, ) | Adv. Case No. 19-AP-00853 |
|   Plaintiffs, ) | Chapter 13 |
| v. ) | |
| ) | |
| City of Chicago, ) | Judge Jack B. Schmetterer |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF MOTION

To:   Charles A. King, Department of Law, Bankruptcy Unit, 121 N. LaSalle St., suite 400, Chicago IL 60602, Attorney for Defendant City of Chicago, served via electronic court notification.


     PLEASE TAKE NOTICE that on October 17, 2019 at the hour of 10:30 a.m. I will appear before the Jack B. Schmetterer in courtroom 682 at 219 South Dearborn Street, Chicago IL 60604 and present the attached Motion To Approve Settlement, Dismiss Adversary Proceeding and Shorten Notice, a copy of which is attached hereto.

                               /s/ Ross Briggs
                               Attorney for Debtor
                               1525 East 53rd Street, suite 423
                               Chicago IL 60615
                               773-220-7007

## CERTIFICATE OF SERVICE:

By my signature below it is certified that on this 11th day of October, 2019 this Notice along with the attached motion was served via the court's electronic noticing system for registrants on those designated to receive such service as provided on the attached service list.
        /s/  Ross Briggs

Registrants (Via CM/ECF)           <u>Service List</u>

Charles King, Attorney on behalf of Defendant City of Chicago, Illinois
Chuck.King@cityofchicago.org

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In: | ) | |
| Miranda L.J. Cooper, | ) | |
| | ) | |
| Debtor, | ) | Case Number 19-09567 |
| Miranda L.J. Cooper, | ) | Adv. Case No. 19-AP-00853 |
|   Plaintiffs, | ) | Chapter 13 |
| v. | ) | |
| | ) | |
| City of Chicago, | ) | Judge Jack B. Schmetterer |
| Defendant | ) | |

## PLAINTIFF'S MOTION TO APPROVE SETTLEMENT, DISMISS ADVERSARY PROCEEDING AND SHORTEN NOTICE

Comes Now Plaintiff Miranda Cooper, by and through counsel, and move this Court to approve her settlement, dismiss her adversary proceeding and hear this motion on shortened notice. In support of this motion, Plaintiff states:

1. Plaintiff Miranda L.J. Cooper and Defendant City of Chicago have agreed to settlement of the pending adversary proceeding on the terms set forth in their executed Settlement Agreement, attached hereto as Exhibit 1. The settlement provides that Defendant City shall withdraw and waive the debt claimed in Claim 7-1 and reduce and waive $4,000 of the debt claimed in Claim 4-1.

2. If approved, the Settlement will cure the infeasibility of Plaintiff's confirmed plan in her pending Chapter 13 bankruptcy which is presently the subject of a motion to dismiss filed by the Trustee.

3. If approved, the Settlement requires dismissal of this adversary proceeding with prejudice. Accordingly, Plaintiff prays for dismissal of this adversary proceeding.

4. Plaintiff requests that this Court consider this motion on shortened notice inasmuch as hearing has previously been set in this cause for October 17, 2019 and because Plaintiff desires to cure the Trustee's pending motion to dismiss at the earliest time possible.

WHEREFORE, Plaintiffs herein, pray this Honorable Court enter an order approving settlement, dismissing this adversary proceeding and hearing this motion on shortened notice.

Respectfully Submitted,

/s/ Ross Briggs
Attorney for Plaintiff
1525 East 53rd Street, suite 423
Chicago IL 60615
773-220-7007